UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER R. MONCADO, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, F.A., an entity of unknown form; GMAC MORTGAGE, an entity of unknown form; CITIGROUP GLOBAL MARKETS REALTY CORPORATION, a New York Corporation; and DOES 1-10, inclusive, | CASE NO.  07cv1310JM (RBB)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　　The Joint Motion For Dismissal filed by the parties having been received and read by the Court and good cause appearing therefore,

　　　　IT IS HEREBY ORDER that the above entitled action is dismissed with prejudice as to all parties pursuant to FRCP 41(a)(1).

　　　　IT IS SO ORDERED.

DATED:  September 5, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge